IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HANIYYAH N. ALI & R.W.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 12 C 3791 |
| U.S. GOVERNMENT NSA OVERSIGHT/ AT&T, | ) ) ) | |
| Defendant. | ) ) | |

MEMORANDUM ORDER

HaNiyyah Ali ("Ali") has filed a self-prepared document that she captions as "Complaint," coupled with Clerk's-Office-supplied forms of In Forma Pauperis Application ("Application") and Motion for Appointment of Counsel ("Motion"). But any objective consideration of the Complaint shows that it is totally lacking in the "plausibility" called for by the Supreme Court's teaching in <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544, 562-63 (2007) and <u>Ashcroft v. Iqbal</u>, 556 U.S. 662 (2009), just as her modest prayer for relief in the amount of $199 million is equally implausible.

That being so, this Court might otherwise swiftly dismiss both the Complaint and this action sua sponte on the premise that Ali would be disinclined to try to muster up the $350 filing fee, only to face dismissal on the same ground of her failure to advance an intelligible and plausible claim. But because this Court views any such threshold dismissal upon initial screening as applicable only to lawsuits by prisoners (see 28 U.S.C. §1915A), all that will be done at this point is to deny both the

Application (it will be remembered that in forma pauperis status may be denied on grounds of legal frivolousness) and the Motion. If however no filing fee is paid on or before June 25, 2012, dismissal of this action will be ordered at that time.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date:  May 23, 2012